UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MATTHEW CHANEY, <br> NADINE MILLER, and <br> ARTHUR GUSTAFSON, <br> on behalf of themselves and <br> all others similarly situated, <br>     Plaintiff(s), <br> <br> v. <br> <br> VERMONT BREAD COMPANY, <br> SUPERIOR BAKERY, INC., <br> KOFFEE KUP BAKERY, INC., <br> KOFFEE KUP DISTRIBUTION LLC, <br> KK BAKERY INVESTMENT <br> COMPANY LLC, KK BAKERY <br> HOLDING ACQUISITION COMPANY <br> and AMERICAN INDUSTRIAL <br> ACQUISITION CORPORATION, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION <br> )    CASE NO.: 2:21-cv-00120-WKS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
P# 4482
2021 JUL -8 PM 1:50
BY _____ KP
DEPUTY CLERK

### MOTION FOR ADMISSION OF STUART J. MILLER *PRO HAC VICE*

NOW COMES Thomas P. Aicher, an attorney duly licensed and a member in good of the Bar of this Court, and hereby moves the honorable court for admission of Stuart J. Miller, *pro hac vice* in the above-referenced case.

A supporting Affidavit of Mr. Miller is attached. He is a member in good standing of the bar of the State of New York (since 1987) and is admitted in the U.S. District Courts for the District of New York (since 1988).

Mr. Miller is presently and at all times relevant to this matter, will remain associated with the undersigned.

Dated at the City of Rutland, County of Rutland, and the State of Vermont this 8th day of July 2021.

CLEARY SHAHI & AICHER, P.C.

By: _____
Thomas P. Aicher, Esq.
Attorney for Plaintiffs

Cleary Shahi & Aicher
110 Merchants Row
Post Office Box 6740
Rutland, VT 05702-6740

(802) 775-8800