UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

MATTHEW CHANEY )
NADINE MILLER and )
ARTHUR GUSTAFSON )
on behalf of themselves )
and all others )
similarly situated, ) CIVIL ACTION
    Plaintiffs, ) CASE NO.: 2:21-cv-00120-WKS
 )
 )
v. )
 )
VERMONT BREAD COMPANY, )
SUPERIOR BAKERY, INC., )
KOFFEE KUP BAKERY, INC., )
KOFFEE KUP DISTRIBUTION LLC, )
KK BAKERY INVESTMENT )
COMPANY LLC, KK BAKERY )
HOLDING ACQUISITON COMPANY )
and AMERICAN INDUSTRIAL )
ACQUISITION CORPORATION, )
    Defendants. )

## AFFIDAVIT OF STUART J. MILLER

Before me, the undersigned authority, personally appeared Stuart J. Miller, who after first being sworn, deposes and says:

1. My name is Stuart J. Miller. I am an attorney duly admitted to practice in the State of New York and a member in good standing of the State Bar of New York. My Bar number is 2335008.2. I am a partner of Lankenau & Miller, LLP, 100 Church Street, 8th FL, New York, New York, telephone number 212-581-5005.

3. I have been admitted to practice in the State of New York since 1987. I have been a member in good standing of the Bar of the State of New York and am admitted in the U.S. District Courts since 1988.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction or court, nor am I currently suspended or disbarred in any jurisdiction.

5. My firm has been retained to represent plaintiff, Matthew Chaney, Nadine Miller and Arthur Gustafson in this litigation in connection with all activities.

6. I will at all times be associated within this action with Thomas P. Aicher, Esq., who is a member in good standing of the bar of the State of Vermont pursuant to Local Rule 83.2(h)(3).

Dated at the City of __Brooklyn__, County of __Kings__, and State of New York this __21st__ day of June 2021.

By: _____
Stuart Miller

STATE OF NEW YORK
COUNTY OF KINGS

At __Brooklyn, NY__, in this said County, this __21__ day of June 2021, personally appeared Stuart J. Miller, and he acknowledged that the information contained in the foregoing Affidavit is true and correct to the best of his knowledge and belief.

Before me,

__Bogdanna Volchanskiy__
_____, Notary Public

Commission Number: __01VO6399529__
My Commission Expires: __10/21/2023__

BOGDANNA VOLCHANSKIY
Notary Public - State of New York
NO. 01VO6399529
Qualified in Kings County
My Commission Expires Oct 21, 2023