UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MATTHEW CHANEY, NADINE MILLER AND ARTHUR GUSTAFSON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>VERMONT BREAD COMPANY, SUPERIOR BAKER, INC., KOFFEE KUP BAKERY, INC., KOFFEE KUP DISTRIBUTION, LLC, KK BAKERY INVESTMENT COMPANY, LLC, KK BAKERY HOLDING ACQUISITION COMPANY, AND AMERICAN INDUSTRIAL ACQUISITION CORPORATION,<br>　　　　　　　Defendants. | Civil Action No. 2:21-cv-120-wks |

### DEFENDANTS KK BAKERY HOLDING ACQUISITION COMPANY AND AMERICAN INDUSTRIAL ACQUISITION CORPORATION'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT PURSUANT TO F.R.C.P. 12(B)(2)

NOW COME Defendants KK Bakery Holding Acquisition Company ("KKBHAC") and American Industrial Acquisition Corporation ("AIAC") and hereby move pursuant to Federal Rule of Civil Procedure 12(b)(2) to dismiss plaintiffs Matthew Chaney's, Nadine Miller's, and Arthur Gustafson's First Amended Class Action Complaint and Demand for Jury Trial (Doc. 10) for lack of personal jurisdiction. In support of their Motion to Dismiss, KKBHAC and AIAC rely on the accompanying Memorandum of Law and the Affidavit of Leonard Levie.

DATED at Burlington, Vermont this 3rd day of December, 2021.

        LANGROCK SPERRY & WOOL, LLP

        _____
        Erin Miller Heins
        Justin G. Sherman
        PO Box 721, 210 College Street
        Burlington, VT 05402-071
        eheins@langrock.com
        jsherman@langrock.com
        802-864-0217

        Attorneys for Defendants KK Bakery Holding
        Acquisition Company and American
        Industrial Acquisition Corporation

1339937.1

2