UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

MATTHEW CHANEY, ADINE MILLER AND ARTHUR GUSTAFSON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARY SITUATED,
Plaintiffs,

v.

VERMONT BREAD COMPANY, SUPERIOR BAKERY, INC., KOFFEE KUP BAKERY, INC., KOFFEE KUP DISTRIBUTION, LLC, KK BAKERY INVESTMENT COMPANY, LLC, KK BAKERY HOLDING ACQUISITION COMPANY AND AMERICAN INDUSTRIAL ACQUISITION CORPORATION,
Defendants.

Docket No. 2:21 -cv-120

JAVIER VILARIÑO SANTIAGO
ABOGADO-NOTARIO



AFFIDAVIT OF LEONARD LEVIE

Leonard Levie, on his oath, deposes and states as follows:

1. I am a principal of American Industrial Acquisition Corporation ("AIAC").

2. I also have knowledge concerning KK Bakery Holding Acquisition Company ("KKBHAC").

3. AIAC is a Delaware entity with a corporate presence in New York City.

4. AIAC does not own any interest in any Vermont companies.

5. AIAC is not, and has never been, an employer of the Plaintiffs or any of their putative class members.

6. Contrary to the allegations in Plaintiffs' complaint, AIAC did not acquire any shares of the holding company that purchased Plaintiffs' employers.

7. AIAC does not own and has never owned any shares in Koffee Kup Bakery, Inc., Superior Bakery, Inc., Koffee Kup Distribution LLC, or Vermont Bread Company.

8. AIAC does not maintain, own or operate any business facilities in Vermont.

9. KKBHAC is also a Delaware entity. It is inactive and has no principal place of business.

10. KKBHAC has no offices in any state, including Vermont.

11. KKBHAC has no employees in any state, including Vermont.

12. KKBHAC has never had employees in any state, including the Plaintiffs.

13. KKBHAC did not acquire any shares of the holding company that purchased Plaintiffs' employers.

14. KKBHAC does not own and has never owed any shares in Koffee Kup Bakery, Inc., Superior Bakery, Inc., Koffee Kup Distribution LLC, or Vermont Bread Company.

15. KKBHAC does not maintain, own or operate any business facilities in Vermont.

DATED at San Juan, Puerto Rico, this 2nd day of December, 2021.

______________________
Leonard Levie

DISTRICT OF PUERTO RICO

In San Juan, Puerto Rico, this 2nd day of December, 2021, personally appeared Leonard Levie and he made oath to the truth of the statements made in the foregoing affidavit.

Affidavit No. 210

Sworn and subscribed before me by Leonard Levie, of legal age, married and resident of San Juan, Puerto Rico, personally known to me.

On San Juan, Puerto Rico this 2nd day of December 2021.




______________________
Notary Public