**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| MATTHEW CHANEY, | ) | |
| NADINE MILLER and | ) | |
| ARTHUR GUSTAFSON | ) | |
| on behalf of themselves and all | ) | |
| others similarly situated | ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | CASE NO.: 2:21-cv-00120 |
| | ) | |
| v. | ) | |
| | ) | |
| VERMONT BREAD COMPANY, | ) | |
| SUPERIOR BAKERY, INC., | ) | |
| KOFFEE KUP BAKERY, INC., | ) | |
| KOFFEE KUP DISTRIBUTION LLC, | ) | |
| KK BAKERY INVESTMENT | ) | |
| COMPANY LLC, KK BAKERY | ) | |
| HOLDING ACQUISITION COMPANY | ) | |
| and AMERICAN INDUSTRIAL | ) | |
| ACQUISITION CORPORATION, | ) | |
| Defendants. | ) | |

**STIPULATION EXTENDING TIME FOR DEFENDANTS VERMONT BREAD
COMPANY, SUPERIOR BAKERY, INC. AND KOFFEE KUP BAKERY, INC.
TO RESPOND TO PLAINTIFFS' MOTIONS TO COMPEL**

Plaintiffs Matthew Chaney, Nadine Miller and Arthur Gustafson, on behalf of themselves

and all others similarly situated ("Plaintiffs"), by and through their undersigned counsel, and

defendants Vermont Bread Company, Inc., Superior Bakery, Inc. and Koffee Kup Bakery, Inc.

(collectively, the "Koffee Kup Entities"), by and through their undersigned counsel, hereby

stipulate and agree that the Koffee Kup Entities shall have an additional ten (10) days by which to

respond to: (1) Plaintiffs' Emergency Motion to Deem Requests for Admission as Having Been

Admitted, or for Other Appropriate Relief (Doc. 73); (2) Plaintiffs' Emergency Motion to Compel,

as to Requests for Production of Documents Propounded to Defendants Koffee Kup Bakery, Inc.,

Superior Bakery, Inc., and Vermont Bread Company (Doc. 74); and (3) Plaintiffs' Emergency

1

*5331372.1*

Motion to Compel, as to Interrogatories Propounded to Defendants Koffee Kup Bakery, Inc.,

Superior Bakery, Inc., and Vermont Bread Company (Doc. 75), until and including May 13, 2022.

Dated at Burlington, Vermont this 3rd day of May, 2022.

PRIMMER PIPER EGGLESTON & CRAMER PC

By:  /s/ Alexandra E. Edelman
     Alexandra E. Edelman, Esq.
     Ryan M. Long, Esq.
     30 Main Street, Suite 500
     Burlington, Vermont 05402-1489
     (802) 864-0880
     aedelman@primmer.com

     *Counsel for the Koffee Kup Entities*

By:  /s/ Mary Olsen
     THE GARDNER FIRM
     Mary E. Olsen (OLSEM4818)
     M. Vance McCrary (MCCRM4402)
     182 St. Francis Street
     Suite 103
     Mobile, Alabama 36602
     P: (251) 433-8100
     F: (251) 433-8181

     CLEARY SHAHI & AICHER P.C.
     Thomas P. Aicher, Esq.
     110 Merchants Row, Third Floor
     Rutland, VT 05701
     (802) 775-8800
     tpa@clearyshahi.com

     LANKENAU & MILLER, LLP
     Stuart J. Miller (SJM 4276)
     Johnathan Miller
     100 Church Street, 8th FL
     New York, NY 10007
     P: (212) 581-5005
     F: (212) 581-2122

     *Counsel for Plaintiffs*

2

APPROVED AND SO ORDERED:  May 10, 2022


/s/ William K. Sessions III
Hon. William K. Sessions III
U.S. District Court Judge

5331372.1