NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Matthew Chaney, Nadine Miller and Arthur
Gustafson, on behalf of themselves and all others
similarly situated,

      v.                                                                Case No. 2:21-cv-120

Vermont Bread Company, et al

TAKE NOTICE that the above-entitled case has been scheduled at 11:30 a.m. on Wednesday, December 21, 2022 in Rutland, Vermont, before Honorable William K. Sessions III, District Judge, for a Status Conference via videoconference.

| | |
|---|---|
| Location: Main Courtroom, 2nd Floor | JEFFREY S. EATON, Clerk |
| | By: */s/ Lisa Wright* |
| | Deputy Clerk |
| | 12/20/2022 |

TO:

Johnathan Miller, Esq.
Mary E. Olsen, Esq.
Michael V. McCrary, Esq.
Stuart J. Miller, Esq.
Thomas P. Aicher, Esq.

Kendall A. Hoechst, Esq.
Noah A. Greenstein, Esq.

Arthur H. Ruegger, Esq.
David N. Dunn, Esq.
Peter D. Wolfson, Esq.

Court Reporter