## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

MATTHEW CHANEY, NADINE )
MILLER, AND ARTHUR GUSTAFSON, )
on behalf of himself and all others )
similarly situated, )
)
Plaintiffs, )         Civil Action No. 2:21-cv-120-wks
v. )
)
VERMONT BREAD COMPANY, )
SUPERIOR BAKERY, INC., )
KOFFEE KUP BAKERY, INC., )
KOFFEE KUP DISTRIBUTION, LLC, )
KK BAKERY INVESTMENT COMPANY )
LLC, KK BAKERY HOLDING )
ACQUISITION COMPANY, )
and AMERICAN INDUSTRIAL )
ACQUISITION CORPORATION, )
)
Defendants. )
)
and )
)
LINDA JOY SULLIVAN, in her )
capacity as the )
Dissolution Receiver for Koffee Kup )
Bakery, Inc., Vermont Bread )
Company, Inc. and Superior )
Bakery, Inc., )
)
Intervenor-Defendant. )

## MOTION TO SEAL REDACTED PORTIONS OF PLAINTIFFS' SUMMARY JUDGMENT FILINGS

Plaintiffs respectfully move this Honorable Court for the entry of an order allowing them

to seal redacted portions of the Plaintiffs' Statement of Undisputed Facts, exhibits thereto and the

Plaintiffs' Memorandum in Support of Motion for Summary Judgment (collectively, "Plaintiffs'

Summary Judgment Filings"). Pursuant to the Stipulated Confidentiality and Protective Order

entered in this case on May 2, 2022 (Dkt. No. 81), AIAC Defendants designated certain

1

documents and testimony as "CONFIDENTIAL".  Plaintiffs cited certain "Confidential"

material (testimony and documents) in the Plaintiffs' Summary Judgment Filings.  Plaintiffs also

also redacted bank account information and Class member addresses from the exhibits.

In light of AIAC Defendants' confidential designations, and to exercise caution not to

reveal any private, confidential information, the Plaintiffs move to submit the partially redacted

Plaintiffs' Summary Judgment Filings, as filed contemporaneously herewith, with unredacted

copies to be provided to the Court and parties.

Respectfully submitted this the 31st day of March, 2023.

By:    /s/      Mary E. Olsen
THE GARDNER FIRM
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
Johnathan Miller
100 Church Street, 8th FL
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122

CLEARY SHAHI & AICHER P.C.
Thomas P. Aicher, Esq.
110 Merchants Row, Third Floor
Rutland, VT 05701
(802) 775-8800
tpa@clearyshahi.com

*Counsel for the Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 31st day of March, 2023, I filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notice to all counsel of record.

<u>___/s/ Mary E. Olsen_____</u>