UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MATTHEW CHANEY, NADINE MILLER, and ARTHUR GUSTAFSON, on behalf of themselves and all others similarly situated,<br>        Plaintiffs,<br><br>v.<br><br>VERMONT BREAD COMPANY, SUPERIOR BAKERY, INC., KOFFEE KUP BAKERY, INC., KOFFEE KUP DISTRIBUTION, LLC, KK BAKERY INVESTMENT COMPANY LLC, KK BAKERY HOLDING ACQUISITION COMPANY, and AMERICAN INDUSTRIAL ACQUISITION CORPORATION,<br>        Defendants.<br><br>and<br><br>LINDA JOY SULLIVAN, IN HER CAPACITY AS THE DISSOLUTION RECEIVER FOR KOFFEE KUP BAKERY, INC., VERMONT BREAD COMPANY, INC., AND SUPERIOR BAKERY, INC.,<br>        Intervenor-Defendant-Crossclaimant,<br><br>v.<br><br>KK BAKERY INVESTMENT COMPANY, LLC, KK BAKERY HOLDING ACQUISITION COMPANY, AND AMERICAN INDUSTRIAL ACQUISITION CORPORATION,<br>        Crossclaim-Defendants | Civil Action No. 2:21-cv-120-wks<br><br><br><br><br><br><br><br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that KK Bakery Investment Company, LLC and American Industrial Acquisition Corporation, the defendants and crossclaim-defendants in the above-named

10997716 v3

case, hereby appeal to the United States Court of Appeal for the Second Circuit from an Opinion and Order that disposed of all remaining issues in the above-captioned case with the exception of entry of final judgment entered in this action on the 27th day of October, 2025.

**FLASTER/GREENBERG PC**

Dated: November 26, 2025

*/s/ Harold B. Stevens*
Harold B. Stevens, Esq.
(VT Attorney ID: 6431)
127 Mountain Road – P.O. Box 1200
Stowe, Vermont 05672
Tel: (802) 253-8547
Fax: (802) 253-9945
hstevens@stowesq.com
*Attorney for Defendants / Cross-Claim Defendants, ,*
*KK Bakery Investment Company and American*
*Industrial Acquisition Corporation*

10997716 v3