# UNITED STATES DISTRICT COURT
for the
District of Vermont

MATTHEW CHANEY, NADINE MILLER, and ARTHUR FUSTAFSON, on behalf of themselves and all others similarly situated

*Plaintiff(s)*

v.

VERMONT BREAD COMPANY, et al

*Defendant(s)*

Civil Action No.   2:21-cv-120

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document 309) filed October 24, 2025, following a mini-bench trial held on May 12, 2025, the court finds the dissolution receiver Linda Joy Sullivan's request for application of reduction in liability on basis of "good faith" is DENIED. Also, pursuant to the court's Opinion and Order (Document 273) filed May 17, 2025, the dissolution receiver's Motion for Summary Judgment (Document 255) was GRANTED IN PART AND DENIED IN PART. JUDGMENT IS HEREBY entered in the amount of Two Million Nine Hundred Eighty-Seven Thousand Forty Dollars and Sixty Cents ($2,987,040.60) for plaintiffs Matthew Chaney, Nadine Miller, and Arthur Gustafson, against defendants Vermont Bread Company, Superior Baker, Inc., Koffee Kup Bakery, Inc., American Industrial Acquisition Corporation, and KK Bakery Investment Company LLC.

Previously, pursuant to the court's Amended Opinion and Order (Document 238) filed August 24, 2023, plaintiff's Motion for Summary Judgment (Document 203) and the dissolution receiver's Motion for Summary Judgment (Document 197) were GRANTED IN PART AND DENIED IN PART. Plaintiffs were granted judgment on the question of the WARN Act Liability, with damages to be determined in future proceedings. While defendants are jointly and severally liable for such damages, the dissolution receiver (as receiver of Koffee Kup Entities' assets) is entitled to indemnification by Americal Industrial Acquisition Corporation and Koffee Kup Bakery Investment Company, Inc.

The effective post-judgment interest rate is: 3.66 percent.

Date:   November 26, 2025

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   11/26/2025

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*